CO-386-online
10/03

# United States District Court
# For the District of Columbia

Community Financial Services      )
Association                       )
                                  )
                                  )
         vs        Plaintiff      )    Civil Action No._____
                                  )
Department of Defense             )
                                  )
                                  )
                   Defendant      )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff Community Financial Services Assoc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CFSA as members__ which have any outstanding securities in the hands of the public:

ACA Financial; Advance America; Ballard, Spar, Andrews & Ingersoll; Cash America Intl, Inc; Cash Now; Check into Cash, Inc.; Colortyme, Inc; Dollar Financial Group, Inc.; EZ Corp, Inc.; Ferris Baker Watts, Inc.; First Cash Financial Services, Inc.; GECC, Inc.; Mister Money Holdings; Piper Jafray; QC Holdings, Inc.; Rent A Center and Xpress Cash Management

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

935643
BAR IDENTIFICATION NO.

Dennis M. Hart
Print Name

1301 Pennsylvania Avenue N.W. Suite 500
Address

Washington, D.C. 20004
City            State            Zip Code

202.347.6875
Phone Number