UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COMMUNITY FINANCIAL**<br>**SERVICES ASSOCIATION**<br>515 King Street<br>Alexandria, VA 22314 | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Civil Action No. 07-0259 (RMC) |
| | ) | ECF |
| v. | )<br>) | |
| **DEPARTMENT OF DEFENSE**<br>1950 Defense Pentagon<br>Washington, D.C. 20301-1950 | )<br>)<br>)<br>) | |
| Defendant. | ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United

States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372