UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FINANCIAL SERV. ASSOC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF DEFENSE ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-0259 (RMC) |

**ANSWER TO COMPLAINT**

Defendant Department of Defense ("DOD") answers plaintiff's Complaint as follows:

**First Affirmative Defense**

The Complaint fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**

The Court lacks subject matter jurisdiction over this lawsuit. No records have been improperly withheld within the meaning of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and plaintiff lacks standing.

**Answer**

Without waiving any defenses and/or objections, and in response to the numbered paragraphs in plaintiff's Complaint, defendant responds as follows:

This first unnumbered paragraph contains plaintiff's characterization of the action, which does not require a response. To the extent that a response may be deemed to be required, defendant denies the allegations, except to admit that plaintiff's action was filed pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. This paragraph contains plaintiff's allegations concerning jurisdiction, to which no response is required.

2. This paragraph contains plaintiff's allegations concerning venue, to which no response is required. To the extent that a response is deemed required, admit that venue is proper in this district.

3. The defendant lacks knowledge or information sufficient to form a belief as to plaintiff's status as a national trade association, mission, organizational structure, principal place of business, or location.

4. Defendant admits the allegations contained in the first sentence of this paragraph. Defendant denies the allegations in the second sentence of this paragraph to the extent that the processing of the FOIA request at issue is ongoing.

5. Defendant admits receipt of correspondence dated August 23, 2006, which is attached to plaintiff's Complaint as Exhibit A, to which the Court is respectfully referred for a complete and accurate statement of its contents. Defendant denies that plaintiff filed the relevant FOIA request with defendant.

6. Defendant admits that by letter dated September 8, 2007, it acknowledged receipt of the request, which is attached to plaintiff's Complaint as Exhibit B, to which the Court is respectfully referred for a complete and accurate statement of its contents. Defendant denies the

allegations contained in the second sentence of this paragraph.

7.   With regard to the first sentence of this paragraph, defendant admits receipt of correspondence dated October 24, 2006.  Defendant admits that by letter dated December 8, 2006, it responded to the correspondence, which is attached to plaintiff's Complaint as Exhibit C, to which the Court is respectfully referred for a complete and accurate statement of its contents.

8.   Defendant denies the allegations set forth in the first sentence of this paragraph insofar as defendant is continuing to process the request.  Defendant admits the allegations contained in the second sentence of this paragraph.

9-10.   Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in these paragraphs.

11.   Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in the first sentence of this paragraph.  Defendant admits the allegations in the second sentence of this paragraph.

12.   In this paragraph plaintiff reasserts and incorporates the allegations contained in paragraphs 1-11, to which no response is required beyond the preceding responses, incorporated by reference.

13.   The allegations contained in this paragraph are conclusions of law, to which no response is required.  To the extent that a response is deemed required, deny.

14.   The allegations contained in this paragraph are conclusions of law, to which no response is required.  To the extent that a response is deemed required, deny.

The remaining paragraphs, commencing with "WHEREFORE," are plaintiff's prayer for relief, to which no response is required.  To the extent a response is deemed necessary, defendant

denies that plaintiff is entitled to any relief.  Defendant specifically denies each and every allegation of the Complaint to the extent that it is not specifically and expressly admitted herein, and further denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

WHEREFORE, defendant requests that the Complaint be dismissed with prejudice and that the Court grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 34122
Assistant United States Attorney

s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372