**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **COMMUNITY FINANCIAL SERV.  ASSOC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0259 (RMC)** |
| | ) | |
| **DEPARTMENT OF DEFENSE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney

Peter S. Smith as counsel for Defendant in the above-captioned case.


          /s/       Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 26th day of March, 2007, I caused a copy of the foregoing

Notice of Substitution of Counsel to be served upon Plaintiff by the Court's Electronic Case

Filing system or,  should I receive notice from the ECF system indicating that electronic

transmission failed, to be served by first class mail, postage prepaid addressed to:

Dennis Michael Hart
1301 Pennsylvania Avenue, NW Suite 500
Washington, DC 20004


                                    /s/   Robin M. Meriweather

                              Robin M. Meriweather
                              D.C. Bar # 490114
                              Assistant United States Attorney
                              United States Attorney's Office
                              555 4th St., N.W.
                              Washington, D.C. 20530
                              (202) 514-7198
                              Robin.Meriweather2@usdoj.gov