# United States District Court
## For the District of Columbia

COMMUNITY FINANCIAL SERVICES ASSOCIATION

Plaintiff

v.                                                                          07cv259

DEPARTMENT OF DEFENSE

Defendant

**JOINT PROPOSALFOR DISPOSITIVE MOTION BRIEFING SCHEDULE**

Counsel for Plaintiff and Defendant hereby submit the following proposed briefing schedule for dispositive motions. The proposal is based on the timing and amount of documents disclosed to date, the estimate of a timetable for future production of particular documents and the anticipated requirements for review and redaction of other categories of documents contained within the original request:

1. Deadline for dispositive motions--July 26, 2007

2. Responses in opposition--August 9, 2007

3. Reply to opposition--August 17, 2007

2

DATED this 27th day of April, 2007

| | |
|---|---|
| AUSA Robin Michelle Meriweather | Dennis M. Hart |
| Counsel for Defendant | Butera & Andrews |
| 555 Fourth Street N.W. | Counsel for Plaintiff |
| Washington, DC 20530 | 1301 Pennsylvania Avenue N.W. |
| (202) 514-7198 | Suite 500 |
| | Washington, D.C. 20004 |
| | 202.347.6875 |