UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION, ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF DEFENSE, ) ) Defendant. ) ) | Civil Action No.   07-259 (RMC) |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), it is hereby **ORDERED** that:

1. Dispositive motions shall be filed no later than July 26, 2007.

2. Responses in opposition to dispositive motions shall be filed no later than August 9, 2007.

3. Replies to oppositions shall be filed no later than August 17, 2007.

4. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

5. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.

6. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a

    Magistrate Judge.  If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

7.     This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

    **SO ORDERED.**


Date: 04/30/07                                                /s/
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge