UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMUNITY FINANCIAL SERV. ASSOC.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF DEFENSE** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 07-0259 (RMC) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO SUBMIT DISPOSITIVE MOTIONS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the Department of Defense ("DOD"), through undersigned counsel, respectfully requests that the deadlines for dispositive motions be extended by approximately thirty days, making the parties' dispositive motions due August 24, 2007, oppositions to dispositive motions due September 7, 2007, and replies in support of dispositive motions due September 17, 2007. Dispositive motions currently are due July 26, 2007, pursuant to the Court's April 30, 2007 Scheduling Order. See Dkt. Entry 8. Oppositions and replies to dispositive motions currently are due August 9, 2007 and August 17, 2007, respectively. See id. In accordance with Local Rule 7(m), counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff consents to the requested enlargement.

There is good cause to grant this motion. This is a Freedom of Information Act ("FOIA") case concerning a FOIA request Plaintiff Community Financial Services Association ("CFSA") submitted to DOD. The CFSA FOIA request seeks all documents relating to or that were utilized by DOD representatives to review and produce an August 9, 2006 report on predatory lending practices directed at members of the Armed Forces and their dependents. Compl. ¶ 5.

There are numerous records responsive to this request, and DOD has made two releases of records to CFSA. However, DOD is still processing the request, and expects to make a final release within the next seven days. Defendants request that the deadlines for submitting dispositive motions be extended so that both parties will have sufficient time to review the final release of records prior to those deadlines. Enlarging the deadlines for dispositive motions also will allow the parties to determine whether any disputes concerning withheld or redacted documents can be resolved administratively, thereby avoiding potentially unnecessary litigation.

Granting this motion will cause no prejudice, and there are no hearings scheduled that would be affected by the requested enlargement of time. A proposed order is submitted herewith.

Dated: July 24, 2007                             Respectfully submitted,


                                                  /s/
                                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                 United States Attorney


                                                  /s/
                                                 RUDOLPH CONTRERAS, D.C. BAR #434122
                                                 Assistant United States Attorney


                                                   /s/ Robin M. Meriweather
                                                 ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 555 4th St., N.W.
                                                 Washington, D.C. 20530
                                                 (202) 514-7198
                                                 Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 24th day of July, 2007, I caused a copy of the foregoing Motion to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Dennis Michael Hart
1301 Pennsylvania Avenue, NW Suite 500
Washington, DC 20004


　　　　　　　　　　　　　　　　　　　　　　／s／   Robin M. Meriweather

　　　　　　　　　　　　　　　　　　　Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　D.C. Bar # 490114
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 514-7198
　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **COMMUNITY FINANCIAL SERV. ASSOC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-0259 (RMC)** |
| ) | |
| **DEPARTMENT OF DEFENSE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Upon consideration of Defendant's Motion for Enlargement of Time to Submit Dispositive Motions, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Enlargement of Time to Submit Dispositive Motions be and is hereby GRANTED.

It is further ORDERED that dispositive motions shall be filed on or before August 24, 2007.

It is further ORDERED that oppositions to dispositive motions shall be filed on or before September 7, 2007.

It is further ORDERED that replies in support of dispositive motions shall be filed on or before September 17, 2007.

SO ORDERED.

_____
United States District Judge