UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNITY FINANCIAL SERV. ASSOC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE )<br>)<br>Defendant. )<br> ) | Civil Action No. 07-0259 (RMC) |

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO SUBMIT DISPOSITIVE MOTIONS**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties, through undersigned counsel, respectfully request that the deadlines for dispositive motions be extended by fourteen days, making the parties' dispositive motions due September 7, 2007, oppositions to dispositive motions due September 21, 2007, and replies in support of dispositive motions due September 31, 2007. Dispositive motions currently are due August 24, 2007, and oppositions and replies to dispositive motions currently are due September 4, 2007 and September 17, 2007, respectively.

There is good cause to grant this motion. This is a Freedom of Information Act ("FOIA") case concerning a FOIA request Plaintiff Community Financial Services Association ("CFSA") submitted to DOD. The CFSA FOIA request seeks all documents relating to or that were utilized by DOD representatives to review and produce an August 9, 2006 report on predatory lending practices directed at members of the Armed Forces and their dependents. Compl. ¶ 5. DOD has released all responsive records to CFSA. As a result, the parties have been discussing the potential administrative resolution of any remaining disputes concerning withheld or redacted

documents. Although the parties hoped that those discussions would be completed prior to August 24, 2007, those discussions remain ongoing. A fourteen-day enlargement will allow the parties to continue those discussions, thereby avoiding potentially unnecessary litigation.

Granting this motion will cause no prejudice, and there are no hearings scheduled that would be affected by the requested enlargement of time. A proposed order is submitted herewith.

Dated: August 23, 2007                    Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

_____
DENNIS M. HART, D.C. Bar #935643
Counsel for Plaintiff CFSA
1301 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
(202) 347 6875

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FINANCIAL SERV. ASSOC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0259 (RMC) |

Upon consideration of the parties' Joint Motion for Enlargement of Time to Submit Dispositive Motions, it is this _____ day of _____, 2007,

ORDERED that the Joint Motion for Enlargement of Time to Submit Dispositive Motions be and is hereby GRANTED.

It is further ORDERED that dispositive motions shall be filed on or before September 7, 2007.

It is further ORDERED that oppositions to dispositive motions shall be filed on or before September 21, 2007.

It is further ORDERED that replies in support of dispositive motions shall be filed on or before September 31, 2007.

SO ORDERED.

_____
United States District Judge