UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNITY FINANCIAL SERV. ASSOC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0259 (RMC) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

_____
DENNIS M. HART, D.C.BAR 935643
1301 Pennsylvania Ave, NW
Suite 500
Washington, DC 20004
Phone: (202) 347-6875

*Counsel for Plaintiff CFSA*

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendant*

Dated: August 31, 2007